**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Mark Anthony Delphin
Delphin Law Firm
626 Broad St.
Lake Charles LA 70601

**REHEARING ACTION: June 3, 2015**

**Docket Number: 14   01283-CA**

**DESTINY GUIDRY**
**VERSUS**
**MARKET BASKET STORES, INC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2012-2407**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. James T. Genovese**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Destiny Guidry** has this day been

   **DENIED.**

cc: Michael J. Williamson, Counsel for the Appellee